# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 19-1859-JFW (KS)                                    Date: October 15, 2019

Title   _Daniil Sheiko v. Thomas Giles, et al._

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|                        |                              |
| :--------------------: | :--------------------------: |
| Gay Roberson           | N/A                          |
| Deputy Clerk           | Court Reporter / Recorder    |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**

On September 26, 2019, Petitioner, a foreign national, who is subject to a final order of removal, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (Dkt. No. 1.) On October 7, 2019, Respondent filed a Notice of Imminent Removal of Petitioner, stating that Petitioner's final removal order was issued more than two years ago and Petitioner will be subject to removal at any time from October 14, 2019 onward. (Dkt. No. 6.)  On October 11, 2019, Petitioner moved for preliminary injunctive relief to enjoin the Department of Homeland Security from removing him before the Board of Immigration Appeals adjudicates his Motion to Reopen his immigration proceedings.  (Dkt. No. 8.)  United States District Judge John F. Walter granted Petitioner's request for a Temporary Restraining Order ("TRO") and ordered that Petitioner not be removed from the United States for ten (10) days.  (Dkt. No. 10.)

A petitioner seeking preliminary injunctive relief "must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." _Am. Trucking Ass'ns v. City of Los Angeles_, 559 F.3d 1046, 1052 (9th Cir. 2009) (quoting _Winter v. Natural Res. Def. Council, Inc._, 555 U.S. 7, 20 (2008)).  A preliminary injunction is an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief.  _Winter_, 555 U.S. at 22.

IT IS HEREBY ORDERED that:  (1) **Respondent, no later than 4:00pm on October 16, 2019, shall file a Response to this Order** that shows cause why a preliminary injunction should not be issued, and, in particular, addresses whether Petitioner has established each of the four

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 19-1859-JFW (KS)                              Date: October 15, 2019

Title      *Daniil Sheiko v. Thomas Giles, et al.*

requirements for preliminary injunctive relief; and (2) Petitioner <u>may</u> file an optional reply to Respondent's response **within one (1) day** of service thereof.

Alternatively, **the parties may discharge this Order by filing, no later than 4:00pm on October 16, 2019**, **a stipulation and proposed order** that stays removal pending the adjudication of Petitioner's request for a preliminary injunction and sets forth an agreed briefing schedule on Petitioner's request for a preliminary injunction.

**IT IS SO ORDERED**.

                                                                    _____
                                                                               :
**Initials of Preparer**   gr