UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIIL SHEIKO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THOMAS GILES, et al.,<br><br>　　　　Respondents. | NO. EDCV 19-1859-JFW (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 18, 2019

　　　　　　　　　　　　　　　　　　　　　　　／s／ John F. Walter
　　　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE